AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

United States of America
v.

Charles Morancey, YOB: 1976

Case No. 1:19-MJS-71PAS

*Defendant*

## ARREST WARRANT

RECEIVED
AUG 26 2019
U.S. Marshals Service
District of Rhode Island

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Charles Morancey, YOB: 1976,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2423(a) - Transportation of Minor with Intent to Engage in Criminal Sexual Activity (Count 1)
18 U.S.C. § 2252(a)(2) - Receipt of Child Pornography (Count 2)

Date: Aug 26, 2019

*Issuing officer's signature*

City and state: Providence RI

Patricia A. Sullivan, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 8/26/19, and the person was arrested on *(date)* 8/29/19
at *(city and state)*

Date: 8/29/19

*Arresting officer's signature*

Michael Luizzi FBI SA
*Printed name and title*