UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Case No. _____ |
| | In violation of 18 U.S.C. §§ 2423(b) & 2252(a)(2) |
| v. | |
| CHARLES MORANCEY, | CR 19   127 WES |
| Defendant. | |

## **INFORMATION**

The United States Attorney charges that:

## **COUNT 1**
(Travel with Intent to Engage in Illicit Sexual Conduct)

From on or about August 1, 2019 through on or about August 3, 2019, in the

District of Rhode Island, the Western District of Michigan and elsewhere, defendant

CHARLES MORANCEY,

did travel in interstate commerce for the purpose of engaging in any illicit sexual

conduct, as defined in Title 18, United States Code, Section 2423(f), with another person,

In violation of 18 U.S.C. § 2423(b).

1

## COUNT 2
(Receipt of Child Pornography)

On or about July 18, 2019, in the District of Rhode Island, defendant

CHARLES MORANCEY,

knowingly received any visual depiction using any means or facility of interstate or

foreign commerce or that had been shipped or transported in or affecting interstate or

foreign commerce by any means, including by computer, the production of such visual

depiction involved the use of a minor engaging in sexually explicit conduct and such

visual depiction was of such conduct,

In violation of 18 U.S.C. § 2252(a)(2).

AARON L. WEISMAN
UNITED STATES ATTORNEY

LEE H. VILKER
Assistant U.S. Attorney

SANDRA HEBERT
Assistant U.S. Attorney
Deputy Criminal Chief

Date: October 24, 2019

2